FILED
August 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>            Plaintiff,                             )<br>v.                                                       )<br>                                                          )<br>RUEBEN OLSON,                           )<br>                                                          )<br>            Defendant.                        ) | Case No. MAG. 08-0284 ~~DAD~~ KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RUEBEN OLSON</u>, Case No. <u>MAG. 08-0284 DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ <u>100,000</u>

        _X_  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

        _X_  (Other)   <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 18, 2008</u> at <u>4:06</u> pm.

By  *Dale A. Drozd* (signature)

Dale A. Drozd
United States Magistrate Judge